LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. E. Eastern, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Nevada State Bar No. 5970
Attorney for the Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEVADA

IN RE:

LIANA DESSAINTS-CAMACHO

        Debtor(s).

) BANKRUPTCY NUMBER:
) BK-S-08-24581-LBR
) CHAPTER 13
)
)
)
) DATE: 11/04/2009
) TIME: 10:30 AM

## NOTICE OF NON-APPEARANCE OF ATTORNEY RE: MOTION FOR RELIEF FROM AUTOMATIC STAY

    TO: ALL INTERESTED PARTIES
    TO: THE CLERK OF THE ABOVE-ENTITLED COURT

    NOTICE IS HEREBY GIVEN that Randolph H. Goldberg, attorney for the above mentioned debtor, will not be in attendance at the Motion to Lift Stay to be heard on NOVEMBER 4, 2009.

TELEPHONE correspondence was sent to debtor's on OCTOBER 19, 2009. DEBTORS ARE CURRENTLY WORKING OUT A LOAN MODIFICATION. Without knowing the debtors' full intent regarding this matter, it will be difficult to assume what direction they wish to take. Therefore Randolph H. Goldberg will not be in attendance at the hearing.

DATED the 21ST day of OCTOBER, 2009.

THE LAW OFFICE OF RANDOLPH H. GOLDBERG

By /S/ RANDOLPH GOLDBERG ESQ.
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Ave., Ste. 200
Las Vegas, NV 89119
Attorney for Debtor

LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. E. Eastern, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Nevada State Bar No. 5970
Attorney for the Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY NUMBER: |
| LIANA DESSAINTS-CAMACHO | ) BK-S-08-24581-LBR |
| | ) CHAPTER 13 |
| | ) |
| Debtor(s). | ) DATE: 11/04/2009 |
| | ) TIME: 10:30 AM |

### CERTIFICATE OF MAILING RE: NOTICE OF NON-APPEARANCE OF DEBTOR'S ATTORNEY RE: MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Maile C. Hansen, hereby certify that a copy of Notice of Non-Appearance of Debtor's Attorney Re: Motion for Relief from Automatic Stay filed in the above-entitled case, was mailed by me on the 21ST Day of OCTOBER, 2009, by depositing a true and correct copy of the same, first-class postage prepaid, in the United States Mail, to the attached matrix.

DATED this 21ST day of OCTOBER, 2009

An employee of The Law Offices of
Randolph H. Goldberg, Esq.

U.S. Trustee  
300 Las Vegas Blvd. S., #4300  
Las Vegas, NV 89101

Label Matrix for local noticing
0978-2
Case 08-24581-lbr
District of Nevada
Las Vegas
Wed Oct 21 09:50:12 PDT 2009

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1506

Aargon Collection Agency
Acct No 1891002631
3025 West Sahara Ave
Las Vegas, NV 89102-6094

CLARK COUNTY WATER RECALMATION DISTRICT
5857 E FLAMINGO RD
Las Vegas, NV 89122-5507

Capital 1 Bank
Acct No 486236263327
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091-5155

Citibank Usa
Acct No 6035320168236543
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

ECAST SETTLEMENT CORP
PO BOX 7247-6971
PHILADELPHIA, PA 19170-0001

HOME DEPOT
P.O. BOX 6028
The Lakes, NV 88901-6028

Hsbc Bank
Acct No 424735500180
Po Box 5253
Carol Stream, IL 60197-5253

LAS VEGAS PAIN INSTITUTE & MEDICAL CENTER
4616 W SAHARA AVE #337
LAS VEGAS, NV 89102-3654

ECAST SETTLEMENT CORPORATION
P.O. BOX 35480
NEWARK, NJ 07193-5480

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

Aargon Collection Agency
Acct No 1899001819
3025 West Sahara Ave
Las Vegas, NV 89102-6094

Capital 1 Bank
Acct No 412174235632
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091-5155

Capital One, N.a.
Acct No 582668081140
2730 Liberty Ave
Pittsburgh, PA 15222-4704

Commonwealth Financial
Acct No 91611601
120 N Keyser Ave
Scranton, PA 18504-9701

ECAST SETTLEMENT CORPORATION ASSIGNEE OF
CAPITAL ONE BANK
POB 35480
NEWARK NJ 07193-5480

HSBC BANK NEVADA AND ITS ASSIGNS BY ECAST
SETTLEMENT CORPORATION AS ITS AGENT
POB 35480
NEWARK NJ 07193-5480

Hsbc Bank
Acct No 549110000285
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197-5253

National City Bank
Acct No 7591044712449
Attention: Bankruptcy Department
6750 Miller Road
Brecksville, OH 44141-3262

Home Loan Services, Inc
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Aargon Collection Agency
Acct No 1891001038
3025 West Sahara Ave
Las Vegas, NV 89102-6094

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY
P.O. BOX 551220
Las Vegas, NV 89155-1220

Capital 1 Bank
Acct No 438864194709
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091-5155

Chase - Cc
Acct No 426684103467
Attention: Banktruptcy Department
Po Box 15298
Wilmintgon, DE 19850-5298

ECAST SETTLEMENT CORP
ASSIGNEE OF HSBC BANK NEVADA
BASS AND ASSOCIATES, P.C.
3936 E. FT. LOWELL RD., SUITE 200
TUCSON, AZ 85712-1083

ECAST SETTLEMENT CORPORATION ASSIGNEE OF
CHASE BANK USA NA SUCCESSOR BY
MERGER TO WASHINGTON MUTUAL
POB 35480
NEWARK NJ 07193-5480

Home Loan Services, Inc
Bankruptcy Department, 24-040
150 Allegheny Center
Pittsburgh, PA 15212-5335

Hsbc/rs Ce
Acct No 41015200210358
700 N Wood Dale Rd
Wood Dale, IL 60191-1136

National City Bank
Acct No 7591044712450
Attention: Bankruptcy Department
6750 Miller Road
Brecksville, OH 44141-3262

Oxford Collection Serv
Acct No 27179480
135 Maxess Rd Ste 2a
Melville, NY 11747-3801

REPUBLIC SERVICES
770 E. SAHARA AVE.
PO BOX 98508
Las Vegas, NV 89193-8508

Rjm Acq Llc
Acct No 785R784162
575 Underhill Blvd Ste 2
Syosset, NY 11791-3426

Snap On Tools Credit L
Acct No 111435251
Attn: Bankruptcy
950 Technology Way Ste 301
Libertyville, IL 60048-5339

Washington Mutual / Providian
Acct No 2469206108
Attn: Bankruptcy Dept.
Po Box 10467
Greenville, SC 29603-0467

Wf Fin Bank/Wells Fargo Financial
Acct No 407110001813
Attn: Bankruptcy Dept
2143 East Convention Center Way #20
Ontario, CA 91764-4400

RANDOLPH GOLDBERG
4000 S EASTERN AVE #200
LAS VEGAS, NV 89119-0847

PRA Receivables Management, Llc
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
NORFOLK VA 23541-0914

ROUNDUP FUNDING, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT 84165-0450

UMC
1800 W CHARLESTON BLVD
Las Vegas, NV 89102-2329

Wells Fargo Financial Bank
4137 121st Street
Urbandale IA 50323-2310

LIANA DESSAINTS-CAMACHO
2132 FRANKLIN AVE
LAS VEGAS, NV 89104-2032

RICK A. YARNALL
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101-8943

RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR ORION
AS ASSIGNEE OF UNIVERSITY MEDICAL CENTER
25 SE 2ND AVENUE, SUITE 1120
MIAMI FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

SPRING VALLEY SURGERY CENTER
PO BOX 30550
Las Vegas, NV 89173-0550

Washington Mutual / Providian
Acct No 1100632058
Attn: Bankruptcy Dept.
Po Box 10467
Greenville, SC 29603-0467

Wells Fargo Financial Nevada Inc
4137 121st Street
Urbandale IA 50323-2310

MANUEL CAMACHO
885 PALMERSTON ST
LAS VEGAS, NV 89110-2618

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SELECT PORTFOLIO SERVICING INC

(u)U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE

(d)ECAST SETTLEMENT CORPORATION
POB 35480
NEWARK NJ 07193-5480

(u)SPECIALIZED LOAN SERVICES

(u)Toyota Motor Credit Co
Acct No 70401562650070001
Must call 800-874-8822 for mailing addre

(u)Wffinancial
Acct No 105040725756492

End of Label Matrix
Mailable recipients     49
Bypassed recipients      6
Total                   55